# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO GARCIA BARAJAS,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | 2:99-CR-00346-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED that** Respondent United States of America shall have up to and including **October 12, 2010**, within which to file a response to Petitioner Barajas' Nunc Pro Tunc Motion for Judgment (Doc. #38).

DATED: September 21, 2010.

PHILIP M. PRO
United States District Judge