UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:99-CR-00346-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RICARDO GARCIA BARAJAS, | ) | |
| Defendant. | ) | |

The Court having read and considered Defendant Barajas' Nunc Pro Tunc Motion for Judgment on the Pleadings (Doc. #38), filed on September 17, 2010, and Plaintiff's Response in Opposition thereto (Doc. #40) filed September 28, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Ricardo Garcia Barajas' Nunc Pro Tunc Motion for Judgment on the Pleadings (Doc. #38) is **DENIED**.

DATED: October 13, 2010.

_____
PHILIP M. PRO
United States District Judge